U.S. DISTRICT COURT
SAVANNAH DIV.
2015 MAR 11 AM 10:12
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JULIUS JAMES LARRY IV
Plaintiff

v.

RAYMOND Mercer et.al,
Defendants

Case No. CV415-038

MOTION FOR SUMMARY JUDGMENT

Comes Now Plaintiff, JULIUS JAMES LARRY IV, Pro Se and respectfully moves for summary Judgment to establish as a matter of law that Plaintiff's confinement from December 19th 2012 until April 2nd 2014, Plaintiff's Due Process of Law and Plaintiff's Equal Protection Rights during such confinement were unconstitutional and that all defendants in Concurrent Negligence, Negligence Per Se, Malicious Acts, Negligence in Law, Grass Negligence, Abuse of Process, Prosecutorial Misconduct, and Malum Prohibitum violated Plaintiff's 4th, 6th, 8th, and 14th Amendments.

WHEREFORE Plaintiff prays that this his motion be inquired into by this Honarable Court and that this Honorable Court issue its Order granting Plaintiff's Motion in the above style case.

Respectfully Submitted,

JULIUS JAMES LARRY IV Pro Se
1074 Carl Griffin Dr. Savannah Ga 31405
X0096074