IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JULIUS JAMES LARRY, IV, )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-038
)
RAYMOND MERCER, EVERETT RAGAN, )
CITY OF SAVANNAH, TODD MARTIN, )
GILBERT STACY, MICHAEL )
EDWARDS, NOAH ABRAMS, MEG )
HEAP, AL ST. LAWRENCE, and )
CHATHAM COUNTY, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which objections have been filed (Doc. 10). After careful consideration, however, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's Motion for Summary Judgment (Doc. 7) is **DENIED**. This case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 6th day of May 2015.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA